FILED
3/7/2024 2:37 AM
Kelly Ashmore
District Clerk
Grayson County

CAUSE NO. CV-24-1124

| | | |
|---|---|---|
| **MARCELA BARAHONA,** *Plaintiff,* | § | **IN THE DISTRICT COURT OF** |
| **v.** | § | **GRAYSON COUNTY, TEXAS** |
| **TARGET CORPORATION,** *Defendants.* | § | Grayson County - 15th District Court<br>**___ JUDICIAL DISTRICT** |

## PLAINTIFF'S ORIGINAL PETITION

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, **MARCELA BARAHONA**, hereinafter referred to as "Plaintiff," complaining of, **TARGET CORPORATION**, (hereinafter referred to as "Defendant") and for cause of action would respectfully show the Court as follows:

### DISCOVERY CONTROL PLAN

1. Pursuant to Rule 190.1 of the Texas Rules of Civil Procedure, Plaintiff hereby expresses her intent for discovery in this case to be conducted under Rule 190.3 (Level 2).

### CLAIM FOR RELIEF

2. Plaintiff seeks monetary relief of $250,000.00 but not more than $1,000,000.00.

### PARTIES

3. **Plaintiff**, MARCELA BARAHONA, is a resident of Grayson County, Texas. The last three digits of Plaintiff's social security number are 464.

4. **Defendant**, TARGET CORPORATION, is a corporation that engages in business in the State of Texas, with its principal place of business located at 1000 Nicollet Mall,

Minneapolis, Minnesota 55403. Target may be served with process through its registered agent, CT Corporation System, 1999 Bryan St. Ste. 900, Dallas, TX 75201 or wherever it may be found. **Citation for service is requested at this time.**

## JURISDICTION

**A. Personal Jurisdiction**

5. This Court has personal jurisdiction over Defendant because all or a substantial part of the events or omissions giving rise to the claim occurred in Grayson County, Texas.

**B. Subject-Matter Jurisdiction**

6. This Court has subject-matter jurisdiction over Plaintiff's claims. Plaintiff seeks damages under the common law and statutes of the State of Texas. The amount in controversy for Plaintiff's claims is within the jurisdictional limits of the court.

## VENUE

7. Venue for this action is proper in Grayson County, Texas, because it is the county in which all or a substantial part of the events or omissions giving rise to Plaintiff's claims occurred. *See Tex. Civ. Prac. & Rem Code 15.002(a).*

## FACTUAL BACKGROUND

**8.** Plaintiff, MARCELA BARAHONA, brings this lawsuit to recover for the damages and personal injuries suffered, resulting directly and proximately from an incident at Defendant's property located at 4160 Town Center Drive, Sherman, Texas 75092. Specifically, on November 25, 2022, Plaintiff was in the Target store as an invitee when she slipped and fell on the water residue left on the floor near the display, sustaining injuries. Marcela contends that the floor appeared recently mopped, yet there were no wet floor signs warning customers.

## CAUSES OF ACTION

9. Defendant is liable to Plaintiff under the law of premises liability. Defendant's negligence and failure to use ordinary care was the direct and proximate cause of the incident in question and of Plaintiff's damages and personal injuries. Defendant is guilty of the following acts of negligence and common law negligence, each of which was the direct and proximate cause of Plaintiff's injuries and damages, to-wit:

a. Failing to maintain a safe property;

b. Failing to provide warning signs;

c. Failing to make sure that the property was safe and secure to prevent slips and falls;

d. Failing to maintain a property free from unnecessary hazards;

e. Failing to properly supervise the operation on its property;

f. Failing to warn Plaintiff and the public of an unreasonably dangerous condition;

g. Failing to properly inspect the property to prevent injuries, which Defendant knew or should have known of, yet failed to take affirmative steps to remove, reduce and/or warn others of same; and

h. Other acts deemed negligent.

10. Because of the foreseeability of injury to Plaintiff and the public was so apparent, yet completely ignored by Defendant, Defendant is liable to Plaintiff for Negligence, Malice and/or gross negligence and the same was a proximate cause of the occurrence in question and/or of Plaintiff's damages.

## CONDITIONS PRECEDENT

11. All conditions precedent been performed or have occurred under the Texas Rules of Civil Procedure 54.

## DAMAGES

12. Plaintiff suffered multiple injuries in the fall. Plaintiff respectfully requests that the trier of fact determine the amount of the damages she has incurred in the past and will reasonably incur in the future, as well as the monetary value of these damages. These injuries have caused her to suffer, and will very likely continue to cause her to suffer, the following damages:

a. Physical pain and suffering, in the past and future;

b. Mental anguish, in the past and future;

c. Physical impairment, in the past and future;

d. Diminished capacity to enjoy life and society, in the past and future;

e. Reasonable and necessary medical expenses, in the past and future; and

f. Lost wages and loss of earning capacity.

## JURY DEMAND

13. Pursuant to Texas Rule of Civil Procedure 216, Plaintiff requests a trial by jury and would show that the appropriate fee is paid contemporaneously with the filing of this Petition.

## PRAYER FOR RELIEF

WHEREFORE, PREMISES CONSIDERED, Plaintiff, MARCELA BARAHONA, respectfully requests Defendant, TARGET CORPORATION, be cited to appear and answer, and on final trial, that Plaintiff have judgment against Defendant for:

a. for actual damages;
b. for reasonable and necessary past and future medical costs and expenses;
c. for past and future pain and suffering;
d. for past and future mental stress;

e. for past and future mental anguish;
f. for lost wages;
g. for past and future physical impairment;
h. for past and future disfigurement;
i. for pre and post-judgment interest, as allowed by law;
j. for costs of suit (including costs of service of process, depositions and expert witness fees); and
k. for any additional relief to which Plaintiff may be entitled.

Respectfully submitted,

**MONTGOMERY LAW, PLLC**

/s/ Sadat Montgomery
**Sadat Montgomery**
Texas Bar No. 24079893
2777 North Stemmons Freeway, Suite 1525
GRAYSON, Texas 75207
T: (214) 720-6090
F: (877) 669-8520
E: lit@montgomeryfirm.com
**ATTORNEY FOR PLAINTIFF**